UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| HELL YEAH CYCLES, a Washington Limited Liability Company,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign insurer,<br>　　　　　　　　　　　Defendant. | No. CV-13-184-TOR<br><br>NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 USC §1441 & §1446 |

TO:       Judges of the United States
          District Court for the Eastern District of Washington at Spokane

AND TO:   The Attorney for Plaintiff

Defendant Ohio Security Insurance Company, ("Ohio Security"), hereby provides notice of removal pursuant to 28 U.S.C § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Western District CR 101(a) and (b). The grounds for removal are as follows:

NOTICE OF REMOVAL TO FEDERAL
COURT – 1
ljj/JBL1379.274/1198411

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

1.    On April 15, 2013, Plaintiff filed a Summons and Complaint in the Superior Court of Spokane County. The complaint was served on Ohio Security on April 19, 2013. The case is entitled, *Hell Yeah Cycles v. Ohio Security Insurance Company,* Cause No. 13-2-01393-7. *See* Declaration of Joshua B. Lane In Support Of Removal To Federal Court Pursuant To 28 USC §1441 & §1446 ("Lane Declaration"), ¶ 3. A true and correct copy of the Complaint is attached as **Exhibit A** to the Lane Declaration. This Notice of Removal is therefore timely because it has been filed within thirty (30) days after the case first became removable. 28 U.S.C. § 1446(b).

2.    This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and Eastern District CR 101(a) and (b). This Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000, exclusive of interest and costs. Venue is proper in the U.S. District Court for the Eastern District of Washington because the action was filed in Spokane County, Washington. *See* 28 USC §1441(a). *Id.* at ¶ 4.

3.    Defendant Ohio Security is a foreign corporation. *Id.* at ¶ 5. Ohio Security currently is incorporated under the laws of the State of Ohio with its

NOTICE OF REMOVAL TO FEDERAL
COURT – 2
ljj/JBL1379.274/1198411

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

principal place of business in Boston, Massachusetts and therefore is a citizen of a state other than Washington. *Id.*

4. Upon information and belief, Plaintiff was at the time the complaint was filed, and currently is a Washington limited liability corporation, and therefore a resident of Washington. Lane Decl. ¶ 6. There is complete diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 (a) and (c).

5. Plaintiff asserts claims for property damage claimed under the insurance contract, breach of contract, alleged bad faith and for violations of the Washington Administrative Code Regulations, the Insurance Fair Conduct Act and Consumer Protection Act. Lane Decl. ¶ 7; *see also* Ex. A to the Lane Decl. at ¶¶ 3.1 – 7.1. These claims relate to November 28, 2012 fire which allegedly destroyed both the building and contents owned by Plaintiff. *Id.* Upon information and belief, the amount of actual damages in controversy in this matter is in excess of $75,000. *Id.*

6. In addition to contractual damages and general damages in this matter, Plaintiff also seeks treble damages and attorney fees under the Insurance Fair Conduct Act and Consumer Protection Act, which are included for calculating whether a plaintiff's claim meets the amount in controversy requirement. See e.g., *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696,

NOTICE OF REMOVAL TO FEDERAL
COURT – 3
ljj/JBL1379.274/1198411

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

700 (9th Cir. 2007); Lane Decl. ¶ 8.

7.   The underlying state court action is one for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by the defendant pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

8.   Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and Eastern District CR 101(a) and (b) of the Local Rules for the Eastern District of Washington, this case is properly removable.

9.   Defendant Ohio Security has given written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of Spokane County, Washington. 28 U.S.C. § 1446(d). In accordance with Eastern District Civil Rule 101(b), a true and correct copy of the docket, which includes the Complaint and all other pleadings filed in the state court, is attached to the Lane Dec. at **Exhibit B.**

WHEREFORE, Defendant Ohio Security requests that this action be removed to the United States District Court for the Eastern District of Washington at Spokane.

///

NOTICE OF REMOVAL TO FEDERAL
COURT – 4
ljj/JBL1379.274/1198411

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this 15th day of May, 2013.

    *s/John M. Silk*
    John M. Silk, WSBA No. 15035
    WILSON SMITH COCHRAN DICKERSON
    Of Attorneys for Ohio Security Insurance Company
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164
    Ph: (206) 623-4100 / Fax: (206) 623-9273
    silk@wscd.com

NOTICE OF REMOVAL TO FEDERAL
COURT – 5
ljj/JBL1379.274/1198411

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

I am employed by the law firm of Wilson Smith Cochran Dickerson, 901 Fifth Avenue, Suite 1700, Seattle, WA 98164. On the date below I caused to be served the foregoing document on:

**Attorney for Plaintiffs**
Brian S. Sheldon
Phillabaum, Ledlin, Matthews & Sheldon, PLLC
1235 North Post Street, Suite 201
Spokane, WA 99201

( ) Via U.S. Mail
( ) Via Facsimile: 509-625-1909
(X) Via Hand Delivery
(X) Via Email: bsheldon@spokelaw.com  (ECF Notification)

I declare under penalty of perjury and under the laws of the State of Washington that the forgoing is true and correct.

**SIGNED** this 15th day of May, 2013 at Seattle, Washington.

*s/Aimee Muul*
Aimee Muul

NOTICE OF REMOVAL TO FEDERAL
COURT – 6
ljj/JBL1379.274/1198411

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273