THE HON. THOMAS O. RICE

John M. Silk, WSBA# 15035
Joshua B. Lane, WSBA#42192
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164
(206)623-4100 telephone
(206)623-9273 facsimile
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HELL YEAH CYCLES, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:13-cv-00184-TOR<br><br>AFFIDAVIT OF JOSHUA B. LANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT |

STATE OF WASHINGTON   )
                      )ss
COUNT OF KING         )

JOSHUA LANE, being first duly sworn on oath, deposes and states:

---

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 1
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

1. I am one the attorneys for Defendant Ohio Security Insurance Company. I make this affidavit based on personal knowledge and am otherwise competent to testify.

2. Attached hereto are true and correct copies of the following exhibits:

- Exhibit 1: Ohio Security's First Interrogatories and Requests for Production ("Discovery Requests");

- Exhibit 2: Plaintiff's Answers to Ohio Security's Discovery Requests;

- Exhibit 3: October 24, 2013 letter to Plaintiff requesting discovery conference to discuss Plaintiff's incomplete, vague and/or non-responsive answers to Ohio Security's Discovery Requests;

- Exhibit 4: Email chain containing October 25, 2013 emails to and from Plaintiff, and November 7, 2013 emails to and from Plaintiff; and

- Exhibit 5: Deposition of David Bjorklund;

3. When Plaintiff requested additional payments from Ohio Security for alleged financial losses and related claims, Ohio Security requested evidence of the loss. Plaintiff failed to produce such evidence.

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 2
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

4. After Plaintiff filed its lawsuit for bad faith and related claims, Ohio Security repeated its request for evidence of Plaintiff's damages. Ex. 1. Once again, Plaintiff failed to provide the requested evidence. Ex. 2 (Plaintiff's Answers to Ohio Security's Discovery Requests); Ex. 3 (October 24, 2013 letter to Plaintiff requesting discovery conference to discuss Plaintiff's incomplete, vague and/or non-responsive answers to Ohio Security's Discovery Requests). For example, Interrogatory No. 9 to Ohio Security's Discovery Requests asks Plaintiff to fully describe (1) the nature of Plaintiff's injuries and claims; (2) the dollar amount of each claim; and (3) the method of calculating damages. Ex. 1 (Interrogatory No. 9). In response, Plaintiff answered:

> Itemized lists of business personal property have previously been provided to Ohio Security on multiple occasions. Plaintiff also has not been compensated for rental of temporary storage space. Plaintiff was delayed in reopening for business due to non-payment or delayed payment by Ohio Security. Plaintiff has not reopened the Service Department of Hell Yeah Cycles because it does not have funds to do so. ***Those damages are ongoing and not yet calculated.*** Plaintiff has incurred unreimbursed costs in defense of the BAM Self Storage litigation. ***This Answer will be supplemented.***

Ex. 2 (Answer to Interrogatory No. 9). First, Plaintiff concedes that Ohio Security paid the $80,000 limits of Plaintiff's Business Personal Property coverage prior to the lawsuit, subject to Plaintiff's "itemized lists of business personal property." *Cf.* Plaintiff's Statement of Undisputed Facts in Support of

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 3
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

Motion for Summary Judgment ("SOF"), No. 4. Second, Plaintiff concedes that Ohio Security paid $14,000 for rental of temporary storage space, despite its answer to Interrogatory No. 9. SOF, No. 17. Third, Plaintiff provides no evidence in support of its conclusory statements regarding damages. Fourth, Plaintiff notes that damages have not been calculated, despite Ohio Security's request that Plaintiff calculate the damages. Ex. 2 (Answer to Interrogatory No. 9). Fifth, and most significantly, Plaintiff promised to supplement this answer. Plaintiff never supplemented this answer.

5. Similarly, Interrogatory No. 19 asked Plaintiff, among other things, to identify Plaintiff's damages with regard to Plaintiff's allegations of violations of the Consumer Protection Act. Ex. 1 (Interrogatory No. 19). In its Answer, Plaintiff only states "See claims previously submitted. This answer will be supplemented." Ex. 2 (Answer to Interrogatory No. 19). However, Plaintiff's previously submitted claims do not identify Plaintiff's damages with regard to Plaintiff's allegations of violations of the Consumer Protection Act. And again, Plaintiff promised to supplement this answer but never did.

6. Similarly, Requests for Production 27, 29, and 30 all seek production of Defendants' evidence of damages. Ex. 1. Plaintiff responded that

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 4
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

these records would be made available for inspection upon ten days' notice. Ex. 2.

7. During a discovery conference on October 25, 2013, Ohio Security's counsel discussed the necessary production of Plaintiff's evidence of damages, and provided notice that Ohio Security wished to inspect and copy Plaintiff's evidence as soon as possible. Plaintiff's counsel claimed that Plaintiff possessed the requested evidence of damages, that Plaintiff's counsel did know in what form the evidence existed, but that Plaintiff would either produce the evidence or make it available for inspection. Ex. 4 (October 25, 2013 email from Plaintiff).

8. Having heard nothing further from Plaintiff, Ohio Security followed up with Plaintiff on November 7, 2014, with regard to the status of the production of the missing evidence. Ex. 4 (November 7, 2013 email to Plaintiff). Plaintiff's counsel responded: "I'm working on it. I think we are waiting for one more item." Ex. 4 (November 7, 2013 email from Plaintiff). Despite Plaintiff's representations, Plaintiff never produced the requested evidence and never made the evidence available for inspection. Instead, while Ohio Security waited for the promised evidence production and/or notice that the record, Plaintiff filed this Motion. As a result, Ohio Security has been

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 5
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

unable to complete its discovery, retain experts to review Plaintiff's evidence of damages, and to make its own dispositive motions.

9. Plaintiff concedes that the extent of Plaintiff's losses in the fire remains disputed, contrary to Plaintiff's Statement of Undisputed Facts ("SOF") No. 3. The maximum limit of Plaintiff's Business Personal Property coverage is $80,000, contrary to Plaintiff's claim that the limit is more than $80,000 (SOF No. 4, SOF No. 11) and actually $120,000. *See* Mot. at 3 n.1. Ohio Security's adjuster, David Bjorklund, denies misrepresenting Plaintiff's policy benefits and coverages. Ex. 5 (excerpt from deposition transcript of Mr. Bjorklund). Fire investigators and other witnesses identified that there were up to five businesses occupying the business space used by Plaintiff on the date of loss, but Plaintiff failed to identify these other businesses. Ex. 3 (referencing Interrogatory 5 to Ohio Security's Discovery Requests). Plaintiff has refused to identify the scope of the claims made by these other entities. Ex. 3 (referencing Interrogatories 6 and 14 to Ohio Security's Discovery Requests).

10. Plaintiff has never produced a signed verification page for its Answers to Ohio Security's Discovery Requests.

11. Plaintiff failed to produce evidence of damages necessitating the application of "additional coverages" to the policy beyond those paid by Ohio

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 6
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273

Security to date. Plaintiff has failed to produce evidence of damages substantiating any of its claims. Adjuster David Bjorklund did not advise Plaintiff's owner to throw away Plaintiff's tools. Dep. of Bjorklund, p. 47:21-49:10, Ex. 5. Indeed, Plaintiff's independent choice to throw away the tools before allowing Ohio Security an opportunity to determine their value, in addition to Plaintiff's failure to provide other evidence of their value, creates a question of fact as to their value. Mr. Bjorkulnd advised Plaintiff's owner "that the tools likely would clean up with labor." Ex. B to Affidavit of B. Sheldon, #000026.

12. Contrary to SOF 24-27, Plaintiff has failed to provide evidence of its damages related to employee wages beyond the W-2 forms. Ex. 5., p. 34. Contrary to SOF 28-29, Plaintiff failed to provide evidence of the value of the kitchen cabinets. *Id.*, p. 38-39. Contrary to SOF 30-33 and 35, whether or not Plaintiff is are entitled to payment under additional coverages under the policy remains an issue of fact. Contrary to SOF 34, Ohio Security did not advise Plaintiff that it would have to produce documents that did not exist, only the responsive, non-privileged documents in existence. Plaintiff promised to supplement its productions and notify Ohio Security when Ohio Security could inspect the requested records, however, Plaintiff filed this Motion before so

AFFIDAVIT OF JOSHUA B. LANE IN
SUPPORT OF DEFENDANT'S OPPOSITION
TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 7
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100 FAX: (206) 623-9273

notifying Ohio Security. SOF 36 is unsupported by citation to affidavit and unsupported by any evidence produce by Plaintiff.

13. Plaintiff has failed to provide evidence that any of David Bjorklund's alleged "errors" caused measurable damages to Plaintiff.

DATED this 3rd day of February, 2014.

_____
Joshua B. Lane

SUBSCRIBED AND SWORN TO before me this 3rd day of February, 2014.



_____
Notary Public in and for the State of Washington
Residing at Seattle
My Commission expires: 9·25·15

AFFIDAVIT OF JOSHUA B. LANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 8
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of February, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys for record, including the following:

Brian S. Sheldon            bsheldon@spokelaw.com

*s/ Joshua B. Lane*
Joshua B. Lane

AFFIDAVIT OF JOSHUA B. LANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO SUMMARY JUDGMENT [2:13-cv-00184-TOR] – 9
jh/JMS1379.274/1317656X

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100  FAX: (206) 623-9273